IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWN KEIL on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, and ACI WORLDWIDE CORP.,<br><br>    Defendants. | Case No.: 6:21-cv-0697 (DNH/TWD)<br><br>Hon: David N. Hurd |

## NOTICE OF SETTLEMENT

Plaintiff Dawn Keil ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court, in accordance with L.R. 68.1(a), that the parties have reached an agreement in principle to settle the litigated claims in this case as to the Plaintiff and proposed classes, and they have signed a memorandum of understanding.

Based on the foregoing, Plaintiff respectfully requests that all deadlines stay suspended pending the completion of the formal settlement agreement which should be finalized and signed on or before June 22, 2022.

This the 23rd day of May, 2022.

                                    MILBERG   COLEMAN   BRYSON
                                    PHILLIPS GROSSMAN PLLC


                                    *s/ Alex R. Straus*

Alex R. Straus
280 South Beverly Drive
Penthouse Suite
Beverly Hills, CA 90212

Scott C. Harris
900 W. Morgan Street
Raleigh, North Carolina 27603
T: 919 600-5003 F: 919-600-5035
sharris@milberg.com

Edward H. Maginnis*
**MAGINNIS HOWARD**
7706 Six Forks Road, Suite 101
Raleigh, North Carolina 27615
T: 919-526-0450 F: 919-882-8763

*Attorneys for Plaintiff and the proposed class*

*To seek admission *pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd Day of May, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

        *s/ Alex R. Straus*
        Alex R. Straus
        280 South Beverly Drive
        Penthouse Suite
        Beverly Hills, CA 90212

        Scott C. Harris
        900 W. Morgan Street
        Raleigh, North Carolina 27603
        T: 919 600-5003 F: 919-600-5035
        sharris@milberg.com